IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER BLAIR DISHAUN ROBINSON**                              **PLAINTIFF**
**ADC #164517**

V.                         CASE NO. 4:21-cv-00511 JM

**COBBS**, *et al*.                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE